

# United States District Court
# Eastern District of California

| | |
|---|---|
| **ELLEN JONES** | Case Number: 2:24-cv-02468-DAD-AC |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| **PENNEY OPCO LLC** | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Che Corrington** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Ellen Jones

On **10/22/2018** (date), I was admitted to practice and presently in good standing in the **the courts of Washington State** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **02/12/2025**            Signature of Applicant: /s/ **Che Corrington**

**Pro Hac Vice Attorney**

Applicant's Name: Che Corrington
Law Firm Name: Hattis & Lukacs
Address: 11711 SE 8th Street, Suite 120

City: Bellevue   State: WA   Zip: 98005
Phone Number w/Area Code: (425) 233-8650
City and State of Residence: Seattle, WA
Primary E-mail Address: che@hattislaw.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Paul Karl Lukacs
Law Firm Name: Hattis & Lukacs
Address: 11711 SE 8th Street, Suite 120

City: Bellevue   State: WA   Zip: 98005
Phone Number w/Area Code: (425) 233-8650   Bar #: 197007

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 13, 2025

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT